UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 6

------------------------------------------------

Primoues

-v-

J.P. Morgan Chase, Inc.

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-1089

JUDGE: KMW

DATE: 2/29/2008

*U.S. DISTRICT COURT FILED FEB 29 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------------------------

**DOCUMENT DESCRIPTION**                                                             **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( X ) Original Record                                              ( ____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 29th Day of February, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Primoues*

-v-

*J.P. Morgan Chase, Inc.*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-1089

JUDGE: KMW

DATE: 2/29/2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 29th Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
         Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01089-KMW
## Internal Use Only

Primous v. J.P. Morgan Chase, Inc.
Assigned to: Judge Kimba M. Wood
Demand: $144,000
Cause: 28:1332 Diversity-Other Contract

Date Filed: 02/04/2008
Date Terminated: 02/04/2008
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Linda D. Primous.(laq) (Entered: 02/20/2008) |
| 02/04/2008 | 2 | COMPLAINT against J.P. Morgan Chase, Inc.Document filed by Linda D. Primous.(laq) (Entered: 02/20/2008) |
| 02/04/2008 | | Magistrate Judge Debra Freeman is so designated. (laq) (Entered: 02/20/2008) |
| 02/04/2008 | 3 | ORDER OF DISMISSAL, The Court grants plaintiff's application to proceed in forma pauperis, but the Court must dismiss the complaint for the reasons set forth. Accordingly, the complaint is dismissed for lack of subject matter jurisdiction and improper venue. The court certifies under 28 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/4/8) (laq) (Entered: 02/20/2008) |
| 02/04/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/4/08) (laq) (Entered: 02/20/2008) |
| 02/26/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint). Document filed by Linda D. Primous. (tp) (Entered: 02/28/2008) |
| 02/26/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Linda D. Primous. $455.00 APPEAL FEE DUE. IFP REVOKED 2/4/08. (tp) (Entered: 02/28/2008) |
| 02/28/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 02/28/2008) |
| 02/28/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 02/28/2008) |