USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

# MANDATE

S.D.N.Y. - N.Y.C.
08-cv-1089
Wood, C.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of July, two thousand eight,

Present:
    Hon. Sonia Sotomayor,
    Hon. Robert A. Katzmann,
    Hon. Richard C. Wesley,
        *Circuit Judges.*



Linda D. Primous,

    *Plaintiff-Appellant,*

v.                            08-1028-cv

JP Morgan Chase Bank, N.A.,

    *Defendant-Appellee.*

Appellant, *pro se*, moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e); *Pillay v. INS*, 45 F.3d 14, 17 (2d Cir. 1995).

            FOR THE COURT:
            Catherine O'Hagan Wolfe, Clerk

            By: *Richard Alcantara*
                    Richard Alcantara, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
      DEPUTY CLERK

SAO-KFW

ISSUED AS MANDATE: 8/21/08